



## MEMORANDUM OPINION

No. 04-11-00500-CR

Amy **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR1465A
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  November 23, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal.

The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH